THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Charles
 Sullivan, Appellant,
 
 
 
 
 

v.

 
 
 
 
 South Carolina Department
 of Probation, Parole and Pardon Services, Respondent.
 
 
 
 
 

Appeal from the Administrative Law Court
 Carolyn C. Matthews, Administrative Law Court
Judge

Unpublished Opinion No.   2011-UP-157 
 Submitted April 1, 2011  Filed April 12,
2011

AFFIRMED

 
 
 
 Charles Sullivan, pro se, for Appellant.
 Teresa A. Knox, J. Benjamin Aplin, and Tommy
 Evans, Jr., all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Charles
 Sullivan appeals the Administrative Law Court's (ALC) order dismissing his
 appeal of the Department of Probation, Parole, and Pardon Services' (the Department)
 decision denying him parole.  He argues the ALC erred in (1) dismissing his
 appeal and (2) denying his motion to compel additional evidence for the record. 
 We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1. As to whether the ALC
 erred in dismissing Sullivan's appeal:  S.C. Code Ann. § 1-23-600(D) (Supp. 2010) (providing that the ALC shall not hear an appeal involving the denial of
 parole to a potentially eligible inmate by the Department); Compton v. S.C.
 Dep't of Prob., Parole & Pardon Servs., 385 S.C. 476, 479, 685 S.E.2d
 175, 177 (2009) (holding that an order denying parole and stating consideration
 of all statutory and Department criteria is sufficient to avoid deeming an
 inmate effectively ineligible for parole).
2. As to whether the ALC
 erred in denying Sullivan's motion to compel additional evidence for the record:  Cox v. Cox, 290 S.C. 245, 248, 349 S.E.2d 92, 94 (Ct. App. 1986)
 (holding that appellant has the burden of showing that an error was
 prejudicial).
AFFIRMED.
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.